IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

**FILED**
NOV 0 5 2008

Clerk, U.S. District Court
By: _____ Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-20157 CM/DJW |
| ) | |
| **JACOB ROSCOE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

# INDICTMENT

The Grand Jury charges:

### Count 1

On or about September 24, 2008, in the District of Kansas, the defendant,

### JACOB ROSCOE,

a public official, directly and indirectly did corruptly seek, receive, accept, and agree to receive and accept personally something of value, in return for being induced to do an act and omit to do an act in violation of his official duty; that is accepting money in exchange for providing marijuana to an inmate at United States Penitentiary Leavenworth.

In violation of Title 18, United States Code, Section 201(b)(2).

### Count 2

On or about September 24, 2008, in the District of Kansas, the defendant,

### JACOB ROSCOE,

contrary to Bureau of Prisons Policy Program Statement 3420.09(12), and Title 21, United States

Code, Section 841(a) attempted to provide a prohibited object, to wit marijuana, to an inmate of the United States Penitentiary Leavenworth.

In violation of Title 18, United States Code, Section 1791(a)(1).

### Count 3

On or about September 24, 2008, in the District of Kansas, the defendant,

**JACOB ROSCOE,**

knowingly and intentionally possessed with intent to distribute a substance and mixture containing marijuana, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

Dated: 11-5-2008

FOREMAN

MARIETTA PARKER
Acting United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (phone)
(913) 551-6541
Ks. District. Ct. No. 77807
Marietta.Parker@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

2

Penalties:

Count 1: Bribery of Public Official

- NMT 15 years imprisonment;
- NMT $250,000 fine;
- NMT 3 years supervised release;
- $100.00 special assessment
- May be disqualified from holding any office of honor, trust or profit under the United States

Count 2: Providing contraband in prison

- NMT 5 years imprisonment;
- NMT $250,000 fine;
- NMT 3 years supervised release;
- $100.00 special assessment

Count 3: Possession with intent to distribute marijuana

- NMT 5 years imprisonment;
- NMT $250,000.00 fine;
- NLT 2 years supervised release;
- $100.00 special assessment fee

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NMT 10 years imprisonment;
- NMT $500,000.00 fine;
- NLT 4 years supervised release;
- $100.00 special assessment fee

3